Prob 12C
(6/19)

# UNITED STATES DISTRICT COURT
for the District of Maine

## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Armin William Sabky  **Case Number:** 0100 1:07CR00059

**Sentencing Judicial Officer:** Honorable John A. Woodcock, Jr., U.S. District Judge

**Date of Original Sentence:** June 25, 2008

**Original Offense:** Cts. 1 & 2 – Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

**Original Sentence:** 120 Months Imprisonment on Cts. 1 & 2 to be served concurrently and consecutively to Penobscot County Superior Court Dkt. No. 07-06; 15 Years Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** June 07, 2024

| Assistant U.S. Attorney: | Defense Attorney: |
|---|---|
| Joel Casey | Stephen C. Smith |

## PETITIONING THE COURT

☒ To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
☐ To issue a warrant/matter to be sealed pending arrest. Attachment to remain sealed after arrest.
☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | **Violation of Special Condition added through a Modification on July 19, 2024:** The defendant shall participate and comply with the requirements of the Computer and Internet Monitoring Program (which may include partial or full restriction of computer(s), internet/intranet, and/or internet-capable devices), and shall pay for services, directly to the monitoring company. The defendant shall submit to periodic or random unannounced searches of his/her computer(s), storage media, cloud based electronic service/storage accounts and/or other electronic or internet-capable device(s) performed by a probation officer. This may include the retrieval and copying of any prohibited data. Or, if warranted, the |

|  |  |  |
|---|---|---|
|  |  | removal of such system(s) or electronic service storage/accounts for the purpose of conducting a more comprehensive search.<br><br>On **December 10, 2025**, Sabky admitted to Supervisory U.S. Probation Officer (SUSPO) Bryce Turgeon he used his roommate's cell phone, an unapproved device, to communicate with an adult female and her minor child. Sabky admitted this behavior occurred for approximately six months, and he did so to hide their communication from the Probation Office. |
|  | Two | **Violation of Special Condition Added through a Modification on August 2, 2024: The defendant shall not associate, or have verbal, written, telephonic or electronic communication, with persons under the age of eighteen, except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense, and who has been approved by the probation officer. This restriction does not extend to incidental contact during ordinary daily activities in public places.**<br><br>On **December 10, 2025**, Sabky admitted to SUSPO Turgeon he communicated with an adult female with a minor child. Sabky reported they began communicating in March 2025 and Sabky became aware of the minor child in April 2025. Since that date, Sabky admitted to having physical contact with the child and telephonic communication. Sabky admitted to speaking with the minor child on the phone as recent as this week. Sabky admitted the adult female was unaware of his background including his current offense, and he was not approved to have contact with the minor child. |

Prob 12C  
(6/19)

Petition for Warrant or Summons  
for Offender Under Supervision

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be:

    ☒ revoked.

    ☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

I declare under penalty of perjury the foregoing is true and correct.

Executed on: December 11, 2025

Respectfully Submitted,

By: _____

Bryce Turgeon  
Supervisory U.S. Probation Officer

Reviewed:

_____

Scott Hastings  
Deputy Chief U.S. Probation Officer  
12/11/2025

# SUPERVISED RELEASE VIOLATION COVER SHEET

**Name:**  Armin William Sabky

**Y/O/B**:   1979

**Offense(s) of Conviction and Classification:** Cts. 1 & 2 – Possession of Child Pornography, Class C felony

**Original Sentence**: 120 Months Imprisonment on Cts. 1 & 2 to be served concurrently and consecutively to Penobscot County Superior Court Dkt. No. 07-06; 15 Years Supervised Release

**Date Imposed**: June 25, 2008

**Available Penalties for Current Violation (with statutory reference)**;  Cts. 1 & 2: 2 Years Imprisonment on each count, 18 U.S.C § 3583(e)(3)

**Additional Period of Release:** Cts. 1 & 2: Up to Life, less any period of imprisonment imposed upon a revocation of supervised release, 18 U.S.C. § 3583(h)

Supervising U.S. Probation Officer
Bryce R. Turgeon